872 F.2d 413
 54 Fair Empl.Prac.Cas. 1560, 53 Ed. Law Rep. 36
 Stokes (Shirley), Asbury (Robert), Evans (Beatrice), Perez
(Juan), Jackson (Larita)
v.
Board of Trustees of Temple University-The Commonwealth
System of Higher Education, Temple University-The
Commonwealth Systems of Higher
Education, Special Recruitment
and Admissions Program
 NO. 88-1735
 United States Court of Appeals,
Third Circuit.
 MAR 16, 1989
 
 Appeal From: E.D.Pa.,
 Ludwig, J.,
 
 683 F.Supp. 498
 
 1
 AFFIRMED.